UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARCOS GARCIA-SOTO, <br><br> Defendant. | NO. CR14-00238RSM <br><br> ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DATES |

THE COURT has considered the defendant's unopposed motion for a continuance of the trial and the pretrial motions dates.  The Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the defendant in a speedy trial.

THE COURT further finds that the period of time from the current trial date of October 14, 2014, until the new trial date of January 26, 2015, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

//

//

//

ORDER GRANTING UNOPPOSED MOTION
TO CONTINUE TRIAL DATE AND
PRETRIAL MOTIONS DATES - 1
(*Marcos Garcia-Soto*; CR14-00238RSM)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Ave., Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

1   IT IS THEREFORE ORDERED that the trial date in this matter is continued to
2 January 26, 2015, and that pretrial motions shall be filed no later than December 29,
3 2014.

4   DATED this 17th day of September 2014.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Nancy Tenney*
Nancy Tenney, WSBA No. 35304
Attorney for Marcos Garcia-Soto

ORDER GRANTING UNOPPOSED MOTION
TO CONTINUE TRIAL DATE AND
PRETRIAL MOTIONS DATES - 2
(*Marcos Garcia-Soto*; CR14-00238RSM)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Ave., Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**